UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CHRISTIN M. PEDERSON,**

    **Plaintiff,**

  v.

**ROBERT L. GRISSOM,**           Case No. 05-C-0065
**ONLINE TRANSPORT, INC.**
**GREAT WEST CASUALTY CO.,**
**and UNITED HEALTHCARE INS. CO.,**

    **Defendants.**

---

### ORDER FOR DISMISSAL

---

### ORDER

Upon reading and filing the stipulation for dismissal, and upon the joint motion of counsel,

**IT IS HEREBY ORDERED:**

1. The above-captioned lawsuit, together with any and all claims set forth in the pleadings, is dismissed on the merits and without costs.

Dated at Milwaukee, Wisconsin this 5th day of December, 2005.

                                        BY THE COURT:

                                        s/ Rudolph T. Randa
                                        HON. RUDOLPH T. RANDA
                                        District Court Judge

O:\Jacki\05-C-65 dismissal order.wpd